IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | ) ) ) ) | 2:12-cv-00973-GEB-DAD |
| Plaintiff, | ) ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) |
| v. | ) ) | CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |
| THE SCOTTS COMPANY LLC, a corporation, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Plaintiff's Status Report filed July 5, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 23, 2012, is continued to October 15, 2012 at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant with process within the 120 day period prescribed in that Rule may result in the action being dismissed. To avoid dismissal, on or before August 13, 2012, Plaintiff shall file proof of service or a sufficient explanation

1

why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated:  July 16, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge