MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205
E-mail: michael@lozeaudrury.com
        doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

CHRIS M. AMANTEA (State Bar No. 147339)
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Tel:  (213) 532-2000
Fax:  (213) 532-2020
E-mail: camantea@hunton.com

Attorneys for Defendant
THE SCOTTS COMPANY LLC
(Appearing for limited purpose of
this Stipulation only)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE SCOTTS COMPANY LLC, a corporation.<br><br>          Defendant. | Case No. 2:12-cv-00973-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE TO SERVE ITS COMPLAINT BY 60 DAYS** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant The Scotts Company LLC ("Scotts") stipulate and declare as follows:

1    **WHEREAS**, CSPA filed its Complaint for Declaratory and Injunctive Relief and Civil
2    Penalties ("Complaint") on April 12, 2012;
3    **WHEREAS**, the last date for CSPA to serve its Complaint pursuant to Federal Rule of Civil
4    Procedure 4(m) is August 10, 2012;
5    **WHEREAS,** CSPA and Scotts agree that there is good cause to grant an extension of
6    CSPA's time to serve its Complaint as CSPA and Scotts have been, and continue to be, engaged in
7    ongoing and productive settlement discussions;
8    **WHEREAS,** the parties require further time to engage in these settlement discussions, which
9    involve, *inter alia*, several issues related to the management of storm water discharges;
10   **WHEREAS,** in the interests of justice CSPA and Scotts would like to resolve their dispute
11   informally, without the attendant costs and deadlines of litigation;
12   **WHEREAS,** CSPA and Scotts do not foresee any reason(s) that would require any further
13   stipulations to extend the time for CSPA to serve its Complaint;
14   **WHEREAS,** CSPA and Scotts have agreed that this stipulation shall not be construed as a
15   waiver of any kind;
16   **WHEREAS,** CSPA and Scotts agree that Scotts is signing this stipulation for the limited and
17   only purpose of agreeing to an extension of CSPA's time to serve its Complaint and that it shall not
18   constitute an appearance in this action for any other purpose whatsoever;
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28

**NOW, THEREFORE**, CSPA and Scotts hereby stipulate that the time within which CSPA must serve its Complaint is extended to October 9, 2012 and that an Order to this effect may be entered by the Court without further notice or hearing.

Dated: July 30, 2012

                                Respectfully submitted,

                                LOZEAU DRURY LLP

                                By: _/s/ *Douglas J. Chermak*_____
                                       Douglas J. Chermak
                                       Attorneys for Plaintiff

                                HUNTON & WILLIAMS LLP

                                By: __/s/ *Chris M. Amantea*_____
                                       (as authorized on July 30, 2012)
                                       Chris M. Amantea
                                       Attorneys for Defendant
                                       THE SCOTTS COMPANY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Date:  7/31/2012**

                                _____
                                GARLAND E. BURRELL, JR.
                                Senior United States District Judge