1  Michael R. Lozeau (SBN 142893)
   michael@lozeaudrury.com
2  Richard Drury (SBN 163559)
   Douglas J. Chermak (SBN 233382)
3  doug@lozeaudrury.com
   LOZEAU DRURY LLP
4  410 12th Street, Suite 250
   Oakland, California 94607
5  Telephone:  (510) 836-4200
   Facsimile:  (510) 836-4205
6
   Attorneys for Plaintiff
7  CALIFORNIA SPORTSFISHING
   PROTECTION ALLIANCE
8
   Belynda B. Reck (SBN 163561)
9  breck@hunton.com
   HUNTON & WILLIAMS LLP
10 550 South Hope Street, Suite 2000
   Los Angeles, California  90071-2627
11 Telephone:  (213) 532-2000
   Facsimile:   (213) 532-2020
12
   Attorneys for Defendant
13 THE SCOTTS COMPANY LLC

14

15                  **UNITED STATES DISTRICT COURT**

16                  **EASTERN DISTRICT OF CALIFORNIA**

17

18 CALIFORNIA SPORTSFISHING             CASE NO.: 2:12-CV-00973-GEB-DAD
   PROTECTION ALLIANCE, a non-profit
19 corporation,
                                        **JOINT NOTICE REGARDING**
20          Plaintiff,                  **SETTLEMENT AND REQUEST TO**
                                        **RETAIN JURISDICTION; ORDER**
21      v.

22 THE SCOTTS COMPANY LLC, a
   corporation,
23
            Defendant.
24

25

26

27

28

1

## NOTICE OF SETTLEMENT

2    Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant

3 The Scotts Company LLC ("Scotts"), (collectively referred to as the "Parties"), by and

4 through their counsel of record, hereby notify the court pursuant to Local Rule 272

5 that the Parties have reached a settlement in the above-entitled matter.  The Parties

6 hereby request that the Court vacate all pending due dates and hearings, including the

7 deadline for Scotts to respond to CSPA's Complaint, and retain jurisdiction over this

8 case until the parties can fully document the settlement and CSPA can perform its

9 duties under Section 505(c)(3) of the Clean Water Act, 33 U.S.C. § 1365(c)(3), and 40

10 C.F.R. § 135.5, which require that the United States be given 45 days to review a

11 proposed consent judgment in an action to which it is not a party.  Upon the Parties'

12 completion of their duties and within two weeks after said completion, the Parties will

13 file with this Court a joint notice of dismissal to be signed by counsel for the Parties.

14

15    **Respectfully Submitted,**

16 Dated:  January 3, 2013

17                                    HUNTON & WILLIAMS LLP

18                                    By: _____ /s/ Belynda B. Reck _____
                                          Belynda B. Reck
19                                        Attorneys for Defendant
                                          THE SCOTTS COMPANY LLC
20

21

22                                    LOZEAU DRURY LLP

23                                    By: _____ /s/ Douglas J. Chermak _____
                                          as authorized on December 26, 2012)
24                                        Douglas J. Chermak
                                          Attorneys for Plaintiffs
25                                        CALIFORNIA SPORTFISHING
                                          PROTECTION ALLIANCE
26

27

28

2

# ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for one hundred and twenty days time to allow CSPA to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

**Date:  1/3/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3