MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE SCOTTS COMPANY LLC, a corporation.<br><br>          Defendant. | Case No. 2:12-cv-00973-GEB-DAD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL**<br>**[FRCP 41(a)(2)]** |

WHEREAS, on December 22, 2011, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant The Scotts Company LLC ("TSC") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on April 12, 2012, CSPA filed its Complaint against TSC in this Court, *California Sportfishing Protection Alliance v. The Scotts Company LLC,* Case No. 2:12-cv-00973-GEB-DAD. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and TSC, through their authorized representatives and without either adjudication of CSPA's claims or admission by TSC of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the

Settlement Agreement and Mutual Release of Claims ("Settlement Agreement"), without the attached exhibits, entered into by and between CSPA and TSC is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice. The parties respectfully request an order from this Court dismissing such claims. In accordance with paragraph 2 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 8, 2015, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: March 12, 2013   Respectfully submitted,

LOZEAU DRURY LLP

By:   /s/ *Douglas J. Chermak*
Douglas J. Chermak
Attorney for Plaintiff California Sportfishing Protection Alliance

HUNTON & WILLIAMS LLP

By:   /s/ *Belynda Reck*   (as authorized on 3/12/13)
Belynda Reck
Attorney for Defendant The Scotts Company LLC

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant The Scotts Company LLC, as set forth in the Notice and Complaint filed in Case No. 2:12-cv-00973-GEB-DAD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 8, 2015, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Date:  3/14/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge