MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Lozeau Drury LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>THE SCOTTS COMPANY LLC, a corporation,<br><br>Defendant. | No. 2:12-cv-00973-GEB-DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TERMINATION DATE OF SETTLEMENT AGREEMENT |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant The Scotts Company LLC ("Defendant") (collectively, the "Parties") stipulate as follows:

**WHEREAS**, on or about January 4, 2013, CSPA and Defendant entered into a "Settlement Agreement and Mutual Release of Claims" (hereinafter, "Settlement Agreement") resolving all issues in this litigation arising under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365; and

**WHEREAS**, on March 14, 2013, based on the Settlement Agreement and following receipt of notice from the Department of Justice that it had no objection to the Settlement Agreement, the Court entered its Order Granting Dismissal of this action; and

1

STIPULATION TO EXTEND TERMINATION DATE OF SETTLEMENT AGREEMENT; [Proposed] ORDER
CASE NO. 2:12-cv-00973-GEB-DAD

**WHEREAS,** the Court's order provides that it shall retain jurisdiction Order of Dismissal stated that the Court shall retain jurisdiction over the Parties through December 8, 2015 for the sole purpose of resolving any disputes between the Parties with respect to the enforcement of any provisions of the Settlement Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A; and;

**WHEREAS**, the Settlement Agreement provides that it terminates on December 18, 2015;

**WHEREAS**, due to circumstances beyond its control, Defendant is unable to meet certain of the deadlines set forth in the Settlement Agreement. The Parties expect to resolve these issues through an agreement to amend the Settlement Agreement;

**NOW THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Parties that:

1. Parties shall continue to negotiate in good faith an amendment to the Settlement Agreement that will resolve the issues that have arisen between the Parties. The Parties expect to reach agreement on the amended Settlement Agreement within the next sixty (60) days, and will advise the Court when the amendment has been negotiated and will file such amendment with the Court; and

2. Pending the filing of an amended Settlement Agreement with the Court, the Parties agree to extend the termination date of the Settlement Agreement from December 18, 2015 through and including April 1, 2016; and

3. The Parties request that the Court retain jurisdiction over this matter through and including April 1, 2016.

2
STIPULATION TO EXTEND TERMINATION DATE OF SETTLEMENT AGREEMENT; [Proposed] ORDER
CASE NO. 2:12-cv-00973-GEB-DAD

F:\Scotts Co NPDES Issue\CA Sports Fishing Protection Alliance (SqPB)\2015 12 17 Stip to Extend Termination Date of Settlement

1  Dated: December 17, 2015      LOZEAU DRURY LLP

                                           By:    /s/ *Douglas J. Chermak*

                                           Douglas J. Chermak
                                           Attorneys for Plaintiff
                                           CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

Dated: December 17, 2015      SQUIRE PATTON BOGGS (US) LLP

                                           By:    /s/ *Chris Amantea* (as approved on 12/18/15)

                                           Chris Amantea
                                           Attorneys for Defendant
                                           THE SCOTTS COMPANY, LLC

3

STIPULATION TO EXTEND TERMINATION DATE OF SETTLEMENT AGREEMENT; [Proposed] ORDER
CASE NO. 2:12-cv-00973-GEB-DAD

F:\Scotts Co NPDES Issue\CA Sports Fishing Protection Alliance (SqPB)\2015 12 17 Stip to Extend Termination Date of Settlement

**ORDER**

Since the Parties having stipulated and agreed,

**IT IS HEREBY ORDERED** that the Court shall retain jurisdiction over the Parties for the sole purposes of resolving disputes under the Settlement Agreement through and including April 1, 2016, or unless a further order issues before that date.

Dated: December 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4

STIPULATION TO EXTEND TERMINATION DATE OF SETTLEMENT AGREEMENT; [Proposed] ORDER
CASE NO. 2:12-cv-00973-GEB-DAD

F:\Scotts Co NPDES Issue\CA Sports Fishing Protection Alliance (SqPB)\2015 12 17 Stip to Extend Termination Date of Settlement